

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jessie Landon Foster,                    \* From the 32nd District Court
                                         of Fisher County
                                         Trial Court No. 3468.

Vs. No. 11-18-00145-CR                   \* June 21, 2018

The State of Texas,                      \* Per Curiam Memorandum Opinion
                                         (Panel consists of: Willson, J.,
                                         Bailey, J., and Wright, S.C.J., sitting
                                         by assignment)

This court has considered Jessie Landon Foster's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.